IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALGREEN CO., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) C.A. No. 14-123-GMS<br>CVS CAREMARK CORPORATION and )<br>CVS PHARMACY, INC., )<br>)<br>Defendants. )<br>) | |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT CVS CAREMARK CORPORATION

**WHEREAS**, on January 31, 2014, Walgreen Co. ("Walgreens") sued Defendants CVS Pharmacy, Inc. and CVS Caremark Corporation (the "CVS Defendants") (collectively, the "Parties"), in this District alleging infringement of U.S. Patent No. 8,626,530 ("System And Method For Express Refill");

**WHEREAS**, Walgreens has conferred with the CVS Defendants and the CVS Defendants have represented that CVS Pharmacy, Inc. is the real party in interest regarding the subject matter of the above-captioned action;

**WHEREAS**, notwithstanding the foregoing, CVS Caremark Corporation has agreed to be bound by all orders and judgments entered in the above-captioned action for purposes of issue preclusion and claim preclusion;

**WHEREAS**, in reliance upon the foregoing representations and agreements by the CVS Defendants, Walgreens agrees to the voluntary dismissal of CVS Caremark Corporation without

prejudice and subject to the terms and conditions set forth below as jointly agreed to by Walgreens and the CVS Defendants;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between Walgreens and the CVS Defendants, and subject to the approval of the Court, that:

1. CVS Caremark Corporation shall be bound by all orders and judgments entered in the above-captioned action for purposes of issue preclusion and claim preclusion; and

2. CVS Caremark Corporation is dismissed without prejudice.

YOUNG, CONAWAY, STARGATT & TAYLOR LLP     MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Anne Shea Gaza*                                             /s/ *Jack B. Blumenfeld*
Anne Shea Gaza (#4093)                                    Jack B. Blumenfeld (#1014)
James L. Higgins (#5021)                                   Rodger D. Smith II (#3778)
Rodney Square                                                      Michael J. Flynn (#5333)
1000 North King Street                                       1201 N. Market Street
Wilmington, DE 19801                                        P.O. Box 1347
(302) 571-6600                                                       Wilmington, DE 19899-1347
agaza@ycst.com                                                   (302) 658-9200
jhiggins@ycst.com                                                jblumenfeld@mnat.com
 *Attorneys for Plaintiff*                                       rsmith@mnat.com
                                                                              michael.flynn@mnat.com
                                                                               *Attorneys for Defendants*

SO ORDERED this 26th day of March, 2014.

THE HONORABLE GREGORY M. SLEET
UNITED STATES CHIEF JUDGE

2