# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALGREEN CO., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 14-123-GMS<br>) |
| CVS PHARMACY, INC., | ) CONSOLIDATED<br>) |
| Defendant. | ) JURY TRIAL DEMANDED<br>) |
| WALGREEN CO., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 14-124-GMS<br>) |
| RITE AID CORPORATION and<br>RITE AID HDQTRS. CORP., | )<br>)<br>) |
| Defendants. | )<br>) |
| WALGREEN CO., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 14-125-GMS<br>) |
| SHOPKO STORES OPERATING CO., LLC<br>and MSCRIPTS, LLC, | )<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF SERVICE

The undersigned counsel for Plaintiff, Walgreen Co., certifies that on September 2, 2014

copies of *Plaintiff Walgreen Co.'s Objections to Defendant mscripts LLC's Notice of*

01:15544325.1

*Subpoena to Usablenet, Inc*. were caused to be served upon the following counsel by electronic mail:

*Attorneys for Defendant CVS Pharmacy, Inc.,*
*Rite-Aid Corporation and Rite-Aid Hdqtrs. Corp.***:**

Jack B. Blumenfeld, Esquire [jblumenfeld@mnat.com]
Rodger D. Smith, II, Esquire [rsmith@mnat.com]
Michael J. Flynn, Esquire [mflynn@mnat.com]
Megan E. Dellinger, Esquire [mdellinger@mnat.com]
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347


*Attorneys for Defendant CVS Pharmacy, Inc.***:**

Adam L. Perlman, Esquire [aperlman@wc.com]
David M. Krinsky, Esquire [dkrinsky@wc.com]
Cadence A. Mertz, Esquire [cmertz@wc.com]
Joelle S. Perry, Esquire [jperry@wc.com]
Williams and Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005


*Attorneys for Defendants Shopko Stores Operating Co., LLC and mscripts, LLC***:**

Collins J. Seitz, Jr., Esquire [cseitz@seitzross.com]
Benjamin J. Schladweiler, Esquire [bschladweiler@seitzross.com]
Seitz Ross Aronstam & Moritz LLP
100 South West Street, Suite 400
Wilmington, DE 19801

Jeremy A. Younkin, Esquire [jyounkin@foleyhoag.com]
Claire Laporte, Esquire [claporte@foleyhoag.com]
Nathan G. Ingham, Esquire [ningham@foleyhoag.com]
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 0221014-123

-3-

The undersigned counsel for Plaintiff, Walgreen Co., further certifies that on September 2, 2014 copies of ***Plaintiff Walgreen Co.'s Objections to Defendant mscripts LLC's Notice of Subpoena to Usablenet, Inc.*** were caused to be served upon the following by Federal Express:

Usablenet, Inc.
142 W. 57th Street, 7th Floor
New York, New York 10019

Date:  September 4, 2014

Of Counsel:

Timothy J. Malloy
Scott P. McBride
Daniel S. Stringfield
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, IL  60661
(312) 775-8000
tmalloy@mcandrews-ip.com
smcbride@mcandrews-ip.com
dstringfield@mcandrews-ip.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
James L. Higgins (No. 5021)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
jhiggins@ycst.com

*Attorneys for Plaintiff
Walgreen Co.*

**CERTIFICATE OF SERVICE**

I, Anne Shea Gaza, hereby certify that on September 4, 2014, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that on September 4, 2014, I caused a copy of the foregoing document to be served by e-mail upon the following:

*Attorneys for Defendant CVS Pharmacy, Inc.,*
*Rite-Aid Corporation and Rite-Aid Hdqtrs. Corp.:*

Jack B. Blumenfeld, Esquire [jblumenfeld@mnat.com]
Rodger D. Smith, II, Esquire [rsmith@mnat.com]
Michael J. Flynn, Esquire [mflynn@mnat.com]
Megan E. Dellinger, Esquire [mdellinger@mnat.com]
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*Attorneys for Defendant CVS Pharmacy, Inc.:*

Adam L. Perlman, Esquire [aperlman@wc.com]
David M. Krinsky, Esquire [dkrinsky@wc.com]
Cadence A. Mertz, Esquire [cmertz@wc.com]
Joelle S. Perry, Esquire [jperry@wc.com]
Williams and Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

*Attorneys for Defendants Shopko Stores Operating Co., LLC and mscripts, LLC*:

Collins J. Seitz, Jr., Esquire [cseitz@seitzross.com]
Benjamin J. Schladweiler, Esquire [bschladweiler@seitzross.com]
Seitz Ross Aronstam & Moritz LLP
100 South West Street, Suite 400
Wilmington, DE 19801

01:15174409.1

2

Jeremy A. Younkin, Esquire [jyounkin@foleyhoag.com]
Claire Laporte, Esquire [claporte@foleyhoag.com]
Nathan G. Ingham, Esquire [ningham@foleyhoag.com]
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 0221014-123

                        YOUNG CONAWAY STARGATT
                           & TAYLOR, LLP

                       */s/ Anne Shea Gaza*
                      Anne Shea Gaza (No. 4073)
                      James L. Higgins (No. 5021)
                      Rodney Square
                      1000 N. King Street
                      Wilmington, DE 19801
                      302-571-6600
                      agaza@ycst.com
                      jhiggins@ycst.com

                      *Attorneys for Plaintiff*

Dated:  September 4, 2014

2