## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALGREEN CO.,          Plaintiff, <br><br> v. <br><br> SHOPKO STORES OPERATING CO. LLC and MSCRIPTS LLC,          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 14-123-GMS <br> **CONSOLIDATED** |
| WALGREEN CO.,          Plaintiff, <br><br> v. <br><br> SHOPKO STORES OPERATING CO. LLC and MSCRIPTS LLC,          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 14-125-GMS |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on September 17, 2014, copies of (i) *Defendant ShopKo Stores Operating Co., LLC's Amended Objections and Responses to Plaintiff's First Set of Common Requests for Documents to all Defendants*, and (ii) *Defendant mscripts' Amended Objections and Responses to Plaintiff's First Set of Common Requests for Documents to all Defendants*, were served via electronic mail upon the following counsel of record:

Anne Shea Gaza
James L. Higgins
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
agaza@ycst.com
jhiggins@ycst.com

*Counsel for Plaintiff Walgreen Co.*

Timothy J. Malloy
Scott P. McBride
Michael J. Carrozza
Wilhelm L. Rao
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL  60661
tmalloy@mcandrews-ip.com
smcbride@mcandrews-ip.com
mcarrozza@mcandrews-ip.com
wrao@mcandrews-ip.com

*Counsel for Plaintiff Walgreen Co.*

SEITZ ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

Jeremy Younkin
Claire Laporte
Michael Hoven
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA  02110-2600
(617) 832-1000
jyounkin@foleyhoag.com
claporte@foleyhoag.com
mhoven@foleyhoag.com

*/s/ Benjamin J. Schladweiler*
Collins J. Seitz, Jr. (#2237)
Benjamin J. Schladweiler (#4601)
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
cseitz@seitzross.com
bschladweiler@seitzross.com

*Counsel for Defendants mscripts, LLC
and ShopKo Stores Operating Co., LLC*

Dated:  September 17, 2014

2